STATE OF CONNECTICUT *v.* BRUCE HARRISON

The defendant's petition for certification for appeal from the Appellate Court, 34 Conn. App. 473 (AC 10980), is denied.

*Lauren Weisfeld,* assistant public defender, in support of the petition.

*Susan C. Marks,* acting supervisory assistant state's attorney, in opposition.

Decided September 14, 1994

GERARDO MASTRONARDI ET AL. *v.* JOSEPHINE INFANTE ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 34 Conn. App. 584 (AC 11870), is denied.

*Daniel Shepro,* in support of the petition.

Decided September 14, 1994

STATE OF CONNECTICUT *v.* SCOTT ELIJAH

The state of Connecticut's petition for certification for appeal from the Appellate Court, 34 Conn. App. 595 (AC 12340), is denied.

*Nancy L. Gillespie,* deputy assistant state's attorney, in support of the petition.

Decided September 14, 1994

STATE OF CONNECTICUT *v.* DENNY TATE

The defendant's petition for certification for appeal from the Appellate Court, 34 Conn. App. 610 (AC 12270), is denied.